IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | NO. 11-274-01 & 02 |
| v. | : | |
| | : | |
| ANTHONY BURNETT & | : | |
| RAHEEM HANKERSON, | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **1st** day of **August, 2012**, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant Hankerson's Motions to Suppress (ECF Nos. 35, 63) and Defendant Burnett's Motion to Suppress (ECF No. 44) are **DENIED**.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**